# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**UNITED STATES COURTHOUSE**
**700 Stewart Street, #13229**
**SEATTLE, WASHINGTON 98101**
**(206) 370-8660**

Walter T. McGovern
United States District Judge

August 18, 2004

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, NE
Washington, D.C. 20544

Dear Sirs,

Please find enclosed three (3) copies of amended page 1, Part VII, lines 7, 9, 11, 14, 17 and 18, and page 2, Part VII, line 27 of my Financial Disclosure Report dated May 14, 2004.

These amendments are made and forwarded to you in response to your letter to me of August 3, 2004.

Thank you for your assistance in this matter.

Yours truly,



Judge Walter T. McGovern

FINANCIAL DISCLOSURE OFFICE  Aug 25  10 55 AM '04  RECEIVED

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) McGovern, Walter T | 2. Court or Organization Western District of Washington | 3. Date of Report 08/18/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Distirct Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address US Courthouse 700 Stewart Street, #13229 Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED AUG 25 10 55 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGovern, Walter T | 08/18/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AEGON, NV | A | Dividend | J | T | | | | | |
| 2. Duke Energy | A | Dividend | J | T | | | | | |
| 3. The Pep Boys Stock | A | Dividend | K | T | | | | | |
| 4. Tyco, Int'l LTD | A | Dividend | J | T | | | | | |
| 5. American Express Stock | C | Dividend | N | T | | | | | |
| 6. Condo/Seattle/Purchased 11-82 for $205,000. | A | None | N | R | | | | | |
| 7. Condo/Rancho Mirage/Purchased 8-94 for $185,000. | | None | N | R | | | | | |
| 8. Wells Fargo & Co. Stock | D | Dividend | N | T | | | | | |
| 9. Wells Fargo Bank Securities & Investments - Money Mkt accts | B | Interest | M | T | | | | | |
| 10. Purdential Financial | A | Dividend | J | T | | | | | |
| 11. WM Group Funds - Money Mkt accts. Class A | A | Interest | K | T | | | | | |
| 12. Merrill Lynch - Ready Assets Trust | A | Interest | L | T | | | | | |
| 13. Teco Energy, Inc. Stock | C | Dividend | K | T | | | | | |
| 14. Bank of America | | None | J | T | | | | | |
| 15. U.S. Bank | B | Interest | M | T | | | | | |
| 16. Lord Abbett Tax Free Bonds | C | Interest | L | T | | | | | |
| 17. Paine Webber (Invest. Act.)now UBS financial Serv. Cash Fund | A | Interest | K | T | | | | | |
| 18. Washington State College Bonds | | None | | | Redemption | 8/4 | J | B | Wash. State |

1. Income-Gain Codes:          A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                    J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                                         P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
                                         V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McGovern, Walter T | 08/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Key Bank, Seattle, WA | C | Interest | L | T | | | | | |
| 20. Washington Mutual Savings Bank | D | Interest | O | T | | | | | |
| 21. Lehman Brotheres Holdings | A | Dividend | K | T | | | | | |
| 22. Vanguard Tax Free Bonds | D | Dividend | M | T | | | | | |
| 23. Homestreet Bank | C | Interest | M | T | | | | | |
| 24. SEMPRA ENERGY | A | Dividend | K | T | | | | | |
| 25. Dell Computer | A | Dividend | J | T | | | | | |
| 26. Honeywell Int'l | A | Dividend | J | T | | | | | |
| 27. Microsoft | | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
V = Other   W = Estimated

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT  Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  McGovern, Walter T | 2. Court or Organization  Western District of Washington | 3. Date of Report  05/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Distirct Judge (Senior) | 5. ReportType (check appropriate type)  ◯ Nomination  Date  ◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period  01/01/2003  to  12/31/2003 |
| 7. Chambers or Office Address  508 U.S. Courthouse  1010 Fifth Avenue, #508  Seattle, WA 98104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 24 11 28 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGovern, Walter T | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AEGON, NV | A | Dividentd | J | T | | | | | |
| 2. Duke Energy | A | Dividend | J | T | | | | | |
| 3. The Pep Boys Stock | A | Dividend | K | T | | | | | |
| 4. Tyco, Int'l LTD | A | Dividend | J | T | | | | | |
| 5. American Express Stock | C | Dividend | N | T | | | | | |
| 6. Condo/Seattle/Purchased 11-82 for $205,000. | A | None | N | R | | | | | |
| 7. Condo/Rancho Mirage/Purchased 8-94 for $185,000. | A | None | N | R | | | | | |
| 8. Wells Fargo & Co. Stock | D | Dividend | N | T | | | | | |
| 9. Wells Fargo Bank Securities & Investments | B | Interest | M | T | | | | | |
| 10. Purdential Financial | A | Dividend | J | T | | | | | |
| 11. WM Group Funds | A | Interest | K | T | | | | | |
| 12. Merrill Lynch - Ready Assets Trust | A | Interest | L | T | | | | | |
| 13. Teco Energy, Inc. Stock | C | Dividend | K | T | | | | | |
| 14. Bank of America | A | None | J | T | | | | | |
| 15. U.S. Bank | B | Interest | M | T | | | | | |
| 16. Lord Abbett Tax Free Bonds | C | Interest | L | T | | | | | |
| 17. Paine Webber (Invest. Acct.) | A | Interest | K | T | | | | | |
| 18. Washington State College Bonds | A | None | J | T | Redemption | 8/4 | J | B | Wash. State |

1. Income-Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McGovern, Walter T | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Key Bank, Seattle, WA | C | Interest | L | T | | | | | |
| 20. Washington Mutual Savings Bank | D | Interest | O | T | | | | | |
| 21. Lehman Brotheres Holdings | A | Dividend | K | T | | | | | |
| 22. Vanguard Tax Free Bonds | D | Dividend | M | T | | | | | |
| 23. Homestreet Bank | C | Interest | M | T | | | | | |
| 24. SEMPRA ENERGY | A | Dividend | K | T | | | | | |
| 25. Dell Computer | A | Dividend | J | T | | | | | |
| 26. Honeywell Int'l | A | Dividend | J | T | | | | | |
| 27. Microsoft | A | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)  U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McGovern, Walter T. | 05/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Date ___May 14, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544